# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

FILED
U.S. District Court
District of Kansas

FEB 02 2024

Clerk, U.S. District Court
By _____ Deputy Clerk

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

CASE NO. 24-M-6034-01-BGS

**JONATHAN GUTIERREZ-DIAZ
and RICHARD ORAL MATHIE,**

Defendants.

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true

and correct to the best of my knowledge and belief:

## COUNT ONE

**POSSESSION, WITH THE INTENT TO DISTRIBUTE,
A CONTROLLED SUBSTANCE -- Fentanyl
21 U.S.C. § 841(a)(1)**

On or about January 31, 2024, in the District of Kansas, the defendant,

**JONATHAN GUTIERREZ-DIAZ
and RICHARD ORAL MATHIE,**

did knowingly and intentionally possessed, with the intent to distribute, a mixture or substance (approximately 160,000 pills) containing a detectable amount of fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

I further state that I am a Task Force Agent of the Federal Bureau of Investigation (FBI), and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein, and offered in support of a finding that probable cause exists to believe the defendants, Jonathan Gutierrez-Diaz and Richard Oral Mathie, committed the offense set forth in this Complaint.

SHEK WEBER
Task Force Agent
Federal Bureau of Investigation

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendant, Jonathan Gutierrez-Diaz and Richard Oral Mathie, committed the offense set forth in this Complaint.

Sworn to before me and subscribed in my presence this 2nd day of February, 2024, at Wichita, Kansas.

HONORABLE BROOKS G. SEVERSON
United States Magistrate Judge

## PENALTIES

**Count 1:**                    **21 U.S.C. § 841(a)(1) and (b)(1)(C)**
                               **[Possession of Fentanyl with the Intent to Distribute]**

- Punishable by a term of imprisonment of not more than twenty (20) years.
  21 U.S.C. § 841(b)(1)(C)
- A term of supervised release of at least three (3) years.  21 U.S.C. § 841(b)(1)(C).
- A fine not to exceed $1 million. 21 U.S.C. § 841(b)(1)(C).
- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).
- Forfeiture

If the defendant commits such a violation after a prior conviction for a felony drug
Offense has become final, the penalties are:

- A term of imprisonment of not more than thirty (30) years.
  21 U.S.C. § 841(b)(1)(C).
- A term of supervised release of at least six (6) years. 21 U.S.C. § 841(b)(1)(C).
- A fine not to exceed $2 million. 21 U.S.C. § 841(b)(1)(C).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

I, Shek G. Weber, am a Task Force Officer (TFO) with the Federal Bureau of Investigation ("FBI"). Based upon the facts set forth in this Affidavit, there is probable cause to believe there are violations of 21 U.S.C. §§ 841 (possession with intent to distribute, or distribution of, controlled substances).

This criminal complaint is based on the following facts which were obtained from other duly sworn law enforcement officers based on their interviews and observations:

**PROBABLE CAUSE**

1. On January 31, 2024, investigators were conducting a narcotics investigation into Jonathan Javier Gutierrez Diaz at the Pilot truck stop located at 4500 Highway 43 South in Joplin, Missouri. While at the Pilot truck stop, investigators observed GUTIERREZ briefly meet with a male later identified as Richard MATHIE. MATHIE was observed removing a brown suitcase between the cab and trailer of semi-truck with Arizona license plate AL19071. MATHIE then met with GUTIERREZ and gave GUTIERREZ the suitcase. Investigators observed GUTIERREZ place this suitcase in the trunk of a black Mazda with Kansas license plate 897RFR. Investigators believed the interaction between GUTIERREZ and MATHIE was indicative of a drug transaction. After the exchange with MATHIE, GUTIERREZ drove out of the Pilot truck stop and investigators followed him back to Kansas.

2. The same day at approximately 10:58 AM, a trooper with the Kansas Highway Patrol observed the black Mazda with Kansas license plate 897RFR traveling

west on highway 400 at mile post 417 in Kansas. The trooper recorded the driver of the Mazda traveling seventy-one (71) miles per hour in a sixty-five (65) mile per hour posted speed limit zone. The Mazda also committed a lane violation by failing to move over to the non-passing lane. In addition, the Mazda failed to signal its turn direct course while changing lanes. The trooper then initiated a traffic stop of the Mazda and contacted the sole occupant driver identified as Jonathan Javier GUTIERREZ Diaz.

3.      GUTIERREZ initially told the trooper that he stayed the night at a truck stop in Joplin then changed his story and said he stayed the night at a house in Joplin. GUTIERREZ appeared nervous to the trooper. GUTIERREZ denied consent to search the Mazda.

4.      Immediately after GUTIERREZ denied consent to search the vehicle, a trooper on scene deployed his drug detection k9 that alerted to the presence of narcotics on the driver's side door area of the Mazda. A search of the Mazda was conducted, and a brown suitcase was located in the trunk. This was the same brown suitcase that investigators saw MATHIE give to GUTIERREZ. Located inside this suitcase were several clear plastic baggies containing suspected counterfeit Percocet pills laced with fentanyl. Later, a field test kit was used on the pills, which tested positive for the presence of fentanyl.

5.      During a post-Miranda interview with GUTIERREZ he said, "there's fentanyl in there" referring to the contents of the suitcase located in the trunk of the Mazda. GUTIERREZ said there were one hundred and sixty thousand (160,000) pills in the suitcase. GUTIERREZ also said that he intended to take the pills back to Wichita, Kansas. GUTIERREZ said he was being paid five thousand dollars ($5,000) from an unknown male

in Phoenix, Arizona to pick up the fentanyl pills from an unknown male at the truck stop in Joplin, Missouri.

6.    After the suspected drug exchange between GUTIERREZ and MATHIE, investigators followed the semi-truck driven by MATHIE.  At approximately 11:17 AM, a sergeant with the Missouri Highway State Patrol observed the semi-truck traveling eastbound on interstate 44 following too closely behind a tractor trailer at mile post 84 in Greene County Missouri.  The semi-truck was stopped and the driver, Richard MATHIE, was identified as the same male who met with GUTIERREZ and provided GUTIERREZ with the suitcase containing the one hundred and sixty thousand (160,000) fentanyl pills.

Respectfully submitted,

Shek G. Weber
Task Force Officer
Federal Bureau of Investigations

Subscribed and sworn to before me on February 2, 2024

HONORABLE BROOKS G. SEVERSON
UNITED STATES MAGISTRATE JUDGE